UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 16-cv-23850-MGC

ANDRES GOMEZ

    Plaintiff,

vs

GUCCI AMERICA, INC.

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Andres Gomez, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted on this 20th day of October, 2016.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this this 20th day of October, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Arnold Gellman, Esq.
4090 Laguna Street, 2nd Floor
Coral Gables, Florida 33146
Tel: (305) 774-1700
Fax: (305) 774-1705
E-mail: agellman@ebglaw.com
*Attorney for Defendant*

*s/ Scott R. Dinin*